# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TRANSFAIR NORTH AMERICA INTERNATIONAL FREIGHT SERVICES, INC., ) ) ) ) | |
| **Plaintiff,** ) ) | **CIVIL ACTION** |
| v. ) ) | **No. 13-1429-EFM-TJJ** |
| HIT, Inc., et al., ) ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the Court on the Motion to Allow Third-Party Complaint filed by Defendants Chinook Wood, LLC, Black Hills Molding, Inc., and Gary D. Mallams ("Moving Defendants") (ECF No. 43). Moving Defendants seek leave to file a Third-Party Complaint against Cory Betts. According to the motion, Plaintiff and the remaining Defendants[1] do not oppose the motion. The Court finds that Moving Defendants have sufficiently alleged that Cory Betts is or may be liable to them for all or part of the claims against them. Accordingly, pursuant to Fed. R. Civ. P. 14(a)(1), the Court finds that leave should be granted.

Moving Defendants also seek an extension of the current deadlines to allow for the inclusion of a Third-Party Defendant. The Court hereby extends the following deadlines contained in the Scheduling Order (ECF No. 34).

| Event | Deadline/Setting |
|---|---|
| All discovery completed | 10/14/2014 |

---

[1] The remaining Defendants are HIT, Inc. and Forest Products Distributors, Inc. *See* ECF Nos. 1-6, 23.

| Event | Deadline/Setting |
|---|---|
| Proposed pretrial order due | 11/3/2014 |
| Telephone pretrial conference | 11/10/2014 at 10:00 AM |
| All other potentially dispositive motions (e.g., summary judgment), and motions challenging admissibility of expert testimony | 12/9/2014 |

**IT IS THEREFORE ORDERED THAT** the Motion to Allow Third-Party Complaint filed by Defendants Chinook Wood, LLC, Black Hills Molding, Inc., and Gary D. Mallams (ECF No. 43) is **GRANTED**. Moving Defendants shall file and serve their Third-Party Complaint on Cory Betts within ten (10) days of the date of this Order.

Dated this 31st day of July, 2014 in Kansas City, Kansas.

s/ Teresa J. James
Teresa J. James
United States Magistrate Judge